**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1705**

CLARA LEWIS BROCKINGTON,

        Plaintiff - Appellant,

    v.

S.C. DEPARTMENT OF SOCIAL SERVICES; REESE PALMER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge. (4:16-cv-03326-RBH)

Submitted: November 19, 2019              Decided: November 21, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clara Lewis Brockington, Appellant Pro Se. George A. Reeves, III, FISHER & PHILLIPS, LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clara Lewis Brockington appeals the district court's order denying her motion for an extension of time and denying relief under Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brockington v. South Carolina Dep't of Soc. Servs.*, No. 4:16-cv-03326-RBH (D.S.C. June 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*